# IN THE UNITED STATES DISTRICT COURT
# FOR THE NORTHERN DISTRICT OF GEORGIA
# ATLANTA DIVISION

| | |
|---|---|
| MARIA HOOPER, )<br>)<br>Plaintiff, )<br>v. )<br>)<br>JAMES E. WALLACE and )<br>MERRILL LYNCH, PIERCE, )<br>FENNER & SMITH )<br>INCORPORATED, )<br>)<br>Defendants. )<br>_____ ) | CIVIL ACTION FILE NO.<br>1:11-CV-01267-JOF |

## JOINT STIPULATION AND
## ORDER OF DISMISSAL WITH PREJUDICE

Pursuant to Rule 41(a)(1) of the Federal Rules of Civil Procedure, Plaintiff Maria Hooper, as evidenced by her counsel's signature below, DISMISSES WITH PREJUDICE all claims against James E. Wallace and Merrill Lynch that were, or could have been, raised by her in the above-styled lawsuit. Each party will bear its own costs and attorneys' fees.

This **22** day of September, 2011.

*[signatures appear on following page]*

ATI-2488232v2

<table>
<tr><td>

_____
Joyce E. Kitchens, Esq.
 (Georgia Bar No. 424290)
 Kitchens New Cleghorn, LLC
 2973 Hardman Court
 Atlanta, Georgia 30305
 Telephone: (706) 357-5458
 Facsimile:  (706) 612-1313
 joyce.kitchens@knclawfirm.com

Attorney for Plaintiff

</td><td>

_____
Elaine Rogers Walsh
 (Georgia Bar No. 003480)
 Teresa L. Reuter
 (Georgia Bar No. 838103)
 JONES DAY
 1420 Peachtree Street
 Suite 800
 Atlanta, Georgia 30309-3053
 Telephone: (404) 521-3939
 Facsimile: (404) 581-8330

Attorneys for Defendants

</td></tr>
</table>